AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

FILED
CLERK U.S DISTRICT COURT

JUN 3 0 2021

CENTRAL DISTRICT OF CALIFORNIA
SMH          DEPUTY

Ali Aghaei (Avian Aghaei, Aliah Aghaei)

*Petitioner*

v.

Arriel Rubinstein, Jane G Mecca, New Jersey Courts,
New Jersey Division of Child Protection and
Permanency, DOES    1-10

*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. 2:21-CV-05326-AB(AS)
*(Supplied by Clerk of Court)*

FEE DUE

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1.   (a)  Your full name:   Ali Aghaei, Avian Aghaei; Aliah Aghaei;
     (b)  Other names you have used:   Names the respondents have used AVIAM, QUESTERA, QUINN, Quilstra

2.   Place of confinement:
     (a)  Name of institution:   New Jersey Division of Child Protection and Permanency
     (b)  Address:   125 State Street Hackensack, New Jersey 07601

     (c)  Your identification number:   19897443; & 19897445

3.   Are you currently being held on orders by:
     ❏ Federal authorities      ❏ State authorities      ☑ Other - explain:
     Taken without court order and by false claims/documents claiming to have a court order provided to the hospital

4.   Are you currently:
     ❏ A pretrial detainee (waiting for trial on criminal charges)
     ❏ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
        If you are currently serving a sentence, provide:
            (a)  Name and location of court that sentenced you:

            (b)  Docket number of criminal case:   Not a criminal case
            (c)  Date of sentencing:
     ❏ Being held on an immigration charge
     ☑ Other *(explain)*:   80 days, without due process, we're being medically neglected and abused BY DEFENSE
     We were abducted for government funding fraud purposes & been suffering from flu symptoms and 103.1 fever
     lost vision, punched in the face, pediatrician since birth wrote a letter that the judge has ignored in retaliation

### Decision or Action You Are Challenging

5.   What are you challenging in this petition:
     ❏ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example,
        revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☑ Pretrial detention

❏ Immigration detention

❏ Detainer

❏ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

❏ Disciplinary proceedings

❏ Other (explain):    The validity of the claims made by defendants, their true intent, the legal authority the claims made by the judge that 103.1 fever is not an emergency, the claims made by the court that they have home state jurisdiction, the law Guardian claims that children are not being abused or neglected

6.    Provide more information about the decision or action you are challenging:
(a) Name and location of the agency or court:   Superior Court of New Jersey Bergen County Chancery Division
New Jersey Division of Child Protection and Permanency
(b) Docket number, case number, or opinion number:
(c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):
Order granting custody of the children from their parents to who abducted the children by use of fraud
All orders made by Judge Jane G Mecca
Order for children to be examined by New Jersey classes, courts, hospitals and/ or New Jersey doctors
(d) Date of the decision or action:   03/29/2021

## Your Earlier Challenges of the Decision or Action

7.    **First appeal**
Did you appeal the decision, file a grievance, or seek an administrative remedy?
☑ Yes      ❏ No
(a) If "Yes," provide:
(1) Name of the authority, agency, or court:   Superior Court of New Jersey Bergen County Chancery Di
New Jersey Division of Child Protection and Permanency
(2) Date of filing:
(3) Docket number, case number, or opinion number:   FN-02-000091-21 NJSpirit Case #: 17360967
(4) Result:   Ignored by the Judge told it was not an emergency and she denied the request for appeal
(5) Date of result:
(6) Issues raised:   Habeas Corpus, Fraud, perjury, false statements, forgery and concealed evidence
Motion to Vacate, Motion to dismiss for fraud, motion for dissolution, motion for disqualification
Request for evidence, request for USSJEA Review,

(b) If you answered "No," explain why you did not appeal:

8.    **Second appeal**
After the first appeal, did you file a second appeal to a higher authority, agency, or court?
❏ Yes      ☑ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a)  If "Yes," provide:

        (1)  Name of the authority, agency, or court:

        (2)  Date of filing:
        (3)  Docket number, case number, or opinion number:
        (4)  Result:
        (5)  Date of result:
        (6)  Issues raised:

    (b)  If you answered "No," explain why you did not file a second appeal:

9.    **Third appeal**
    After the second appeal, did you file a third appeal to a higher authority, agency, or court?
    ❏ Yes        ❏ No
    (a)  If "Yes," provide:

        (1)  Name of the authority, agency, or court:

        (2)  Date of filing:
        (3)  Docket number, case number, or opinion number:
        (4)  Result:
        (5)  Date of result:
        (6)  Issues raised:

    (b)  If you answered "No," explain why you did not file a third appeal:

10.    **Motion under 28 U.S.C. § 2255**
    In this petition, are you challenging the validity of your conviction or sentence as imposed?

    ❏ Yes        ❏ No
    If "Yes," answer the following:
    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ❏ Yes        ❏ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes          ☑ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes          ☑ No

If "Yes," provide:

(a) Date you were taken into immigration custody:

(b) Date of the removal or reinstatement order:

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes          ☑ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Date of filing:

(2) Case number:

(3) Result:

(4) Date of result:

(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes              ☑ No

If "Yes," provide:

(1) Name of court:

(2) Date of filing:

(3) Case number:

(4) Result:

(5) Date of result:

(6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☑ Yes              ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application:

(b) Name of the authority, agency, or court:

(c) Date of filing:

(d) Docket number, case number, or opinion number:

(e) Result:

(f) Date of result:

(g) Issues raised:

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.  State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.  Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE**:  Due Process Clause in both the Fifth and Fourteenth Amendments to the United State

For the arbitrary deprivation of life, liberty, or property.

18 U.S. Code § 242, Deprivation of rights under color of law.

(a) Supporting facts *(Be brief.  Do not cite cases or law.)*:
Both parents must retain their respective right to legal and physical custody of their children
barring PROVEN unfitness, or danger to the children which the respondents have failed to reach or prove
I was denied the opportunity to speak and / or testify against the claims made by the respondents for the first
hearing through the most recent hearing and having your children be abused and medically neglected
for over two months is depressing and I'm attempting correct this illegal situation through the legal process

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes          ☑ No

**GROUND TWO**:     FRAUD AND CONCEALED EVIDENCE Rule 4.1 - Truthfulness in Statements to Others.

fail to disclose a material fact to a third person when disclosure is necessary to avoid aiding and abetting a crimin

retaliation as an intentional act in response to a protected action

FRAUD ; "Retaliation; an intentional act of discrimination"

(a) Supporting facts *(Be brief.  Do not cite cases or law.)*:
Arriel failed to disclose material facts when disclosure was necessary to avoid criminal activity and acts
On 03/29/2021 and 04/27/2021 Judge Mecca received false claims, fraudulent documents from Arriel Rubinstein
and testimony of the parties Arriel Rubinstein represented admitted that the complaint contained inaccuracies
Ms. Rubinstein also disclosed in a report to the judge that the family reported the fraud in a notice of claim and
out of retaliation the judge assured to make the "case is now 100x worse and 10,000 times harder for you guys"

(b) Did you present Ground Two in all appeals that were available to you?
☑ Yes          ☑ No

**GROUND THREE**:  1033. KIDNAPPING—18 U.S.C. §§ 1201, 1202

transportation in interstate commerce, of an unconsenting person, who is held for ransom or reward or otherwise,

where the accused's acts were knowingly and willfully committed

(a) Supporting facts *(Be brief.  Do not cite cases or law.)*:
The children mentioned above were abducted from their parents custody and out of New York State illegally
Arriel Rubinstein knowingly and intentionally filed a complaint with concealed information, false information
fraudulent names ("QUINN QULSTRA" & AVIAM), discrimination of the childrens disabilities and pre existing
medical conditions.

(b) Did you present Ground Three in all appeals that were available to you?
☑ Yes          ☑ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**    Title 18, U.S.C., section 1201(g) 18 U.S. Code § 1341 - Frauds and swindles
Where the victim is under the age of 18 years and the offender has obtained such age and is not a parent
Wrongful Removal
and situation in which the child has been placed illegally

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:

The children mentioned above were abducted from their parents custody and out of New York State illegally
and the severity of the treatment and situation in which the child has been placed has caused harm
and was done by the use of fraud which has been confirmed by the testimony provided by the respondents

> Unjustifiable conduct. Subject to specific exceptions,60 section 208 of the UCCJEA requires a court to decline
> jurisdiction if such jurisdiction was created by the un- justifiable conduct of the party bringing the action. Furthermore,
> the Act requires the court to assess the wrongdoer neces- sary and reasonable expenses61 unless that party can prove
> that the assessment would be clearly inappropriate. .

(b)  Did you present Ground Four in all appeals that were available to you?

☑Yes        ☐No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did
not:    The judge has denied the ability to appeal her decision and has denied the request to testify against
the respondents. No appeals were made available. She has denied all defendants in the case motions and
has accepted fraud in her court and has been presented with the pictures. Doctors letters, pediatricians letters
and claims that the children are not being abused or neglected and that it is not an emergency.

### Request for Relief

15. State exactly what you want the court to do:   parents, grandparents and great grandparents be dismissed
ORDER legal and physical custody of the children be returned to their parents custody immediately and

the information regarding medical neglect and abuse sustained whilst in the care of the respondents
be released and the The transmission of the court hearing on 03/29/2021 be released

> issue an order authorizing the petitioner to take immediate physical custody of the child. Pursuant to section 312, the court
> must also order the re- spondent to pay the petitioner's neces- sary and reasonable expenses68 unless the respondent shows
> that such award would be clearly inappropriate.

> return order for a directive for law enforcement assistance Warrants to take physical custody of a children . The UCCJEA also
> includes a proce- dure to ensure a child's safety and pres- ence in the jurisdiction when notice of an enforcement proceeding
> might cause the recipient to harm or flee with the child.
> On a finding that a "child is imminently likely to suffer serious physical harm," section 311 specifically authorizes a court to issue
> a warrant directing law enforcement officers to take immediate physical custody of the child

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:      06/21/2021

_Signature of Petitioner_

**Ali Aghaei, Avian Aghaei, Aliah Aghaei,)**
_Signature of Attorney or other authorized person, if any_

| | |
|---|---|
| STATE OF CALIFORNIA    )<br>                                          )<br>                                          ) | **AFFIDAVIT OF FATHER IN SUPPORT OF**<br>**THE HABEAS CORPUS AND**<br>**EMERGENCY COMPLAINT AND INJUNCTION**<br>CUSTODY |

I, Ali Aghaei of full age, being duly sworn according to law, upon my oath deposed and says:

1. I am the father of Avian Aghaei, born on January 12, 2020.

2. I am the father of Aliah Aghaei, born on October 17, 2020.

3. I am Married to the biological mother of Avian Aghaei and Aliah Aghaei Mrs Yemely Aghaei

4. I am domiciled in Manhattan Beach Los Angeles County California.

5. I have no history with CPS

6. I have no history with Abuse or Neglect

7. I have no history with substance abuse

8. I have no history with Domestic Violence

9. I worked for Youth Development and Youth Services in Los Angeles Unified School District for children kindergarten - 5th

10. I asked on multiple occasions but was never given permission to speak or testify against the fraudulent practices filed against the parents (my wife and I) and family members of my children nor have I been served or given an opportunity to personally participate and testify against the fraudulent practices of the Division caseworker Shannon Greco and regarding children.

11. I believe that what is happening with our children is a crime and that the fraud and false claims bused against my family are done out of retaliation.

12. I did not commit abuse or neglect of my children

13. I did not "allow" or "put my daughter at risk" of abuse or neglect being born prematurely with preexisting conditions

14. My family would not and did not abuse or neglect any children.

15. The Division caseworkers have committed fraud and formed a fraudulent agreement then filed the fraudulent statements and claimed my family broke that agreement.

16. I have been aware that the qualified professionals and Doctors reviewing my children confirmed that Aliah has a pre existing bone condition Osteopenia

17. I have been made aware that the children's pediatrician has admitted to the division that it is his professional opinion the children have not been abused by their parents. A

18. I have forwarded the documents to the employees of the Division.

19. I have been made aware that the stretching exercises implemented by Dr. Amy Reichlin have been found to be an unsafe exercise for the children and no family members are going to follow the medical treatment exercises provided.

I would testify to the statements made by me and would allow myself to be cross examined at anytime under oath. I am aware that if I make any false statements I may be fined and/or held in contempt.

DATE: _____

Signature of Ali Aghaei

Sworn and subscribed to before

me this ____ day of

_____ 20____.

_____

Notary Public of

# EXHIBIT A

Patient: AGHAEI, Aliah DOB: Oct 17, 2020

Essen Medical Associates
1381 White Planes
Bronx, NY 10462
Tel: 718-892-5500
Fax: 718-892-5505

Date- 05/20/2021

To Whom It May Concern

I am writing this letter regarding Aghaei, Aliah DOB- 10/17/2020 and Avian Aghaei DOB- 01/12/2020. I am their pediatric Primary Care Provider at 1550 UA Essen Health Care, Bronx, NY since their NICU discharge:11/27/2020 and 09/10/2020 respectively. They have been brought to the clinic regularly by mother and grandmother for general checkup when they need. They were very caring in nature for both kids in every aspects.
Today I spoke to their dad Ali Aghaei regarding the poor health at foster care. They are vert sick since last 3 weeks having fever > 103F, bruises, ear infections, stuffy nose. They are not getting proper basic medical care. He shared their pictures and video. Based on it, they need to be seen by a pediatrician for the needful care. They need better care for nurturing. Family members are very worried about their health. Please kindly have parents involve in caring them as per law allows. I am aware about the legal aspects.

Please do not hesitate to contact me if any question regarding her clinical visit and about caregiver.

Sincerely,
Praveen K Sah, PNP

*Praveen K Sah*
05/20/2021

ESSEN

1381 White Plains Rd
Bronx, NY 10462
Tel: (718) 892-5500
Fax: (718) 892-5505











**EXHIBIT** B

FRAUD

10:55                                    LTE

‹ 324                    **Jennifer** ›

Still no access

718 not 710, it was a typo

Ok

Still no access

They resent it

With the correct id

I was able to get in

Thu, May 6, 2:33 PM

12018193377 Depositing new message Hi, this message is for Mr guy, this is jennifer, the worker with the division of child protection and pregnancy. Just wanted to um, reach out to see um if you would be home either today or tomorrow. Since I was informed that um, documents, as far as the complaint and copies of the order physical copies needed dropped off. Just wanted to see um when you would be there. And I believe you're giving me a call right back.. Click here: 14699825027 to listen to full voice message.



From: Perez, Jennifer V. jennifer.v.perez@dcf.nj.gov
Subject: Re: Safety Protection Plan-Documents signed
Date: Mar 19, 2021 at 11:28:48 AM
To: ali.aghaei@hahaglobalinc.com
Cc: Maier, Gregory Gregory.Maier@dcf.nj.gov

Good Morning Mr. Aghaei,
As per your request, I was able to obtain the documents you requested. I apologize that the forms were not provided earlier, however, given everyone working remotely, there has been a slight delay across the board with normal operations. I will forward you a second email once I obtain better scanned copies.

As discussed yesterday, 3/18/2021, a new medical appointment was scheduled for your son, Aviam, at Audrey Hepburn Children's House for 3pm on this date (3/19/2021). Please be advised that it is extremely advisable that you, Mrs. Aghaei, your sister-in-law (currently supervising contact), and Aviam attend this appointment given the Division needing to assure that Aviam is physically well following the concerns for your other child, Aliah. I can meet you at your home at 2:30pm and you and your family can follow me to Audrey Hepburn Children's House. Should you have any questions please feel free to contact me via email or phone.

Regards,
Jennifer Perez
Family Service Specialist II
DCPP-BSLO
201-819-3377

This E-mail, including any attachments, may be intended solely for the personal and confidential use of the sender and recipient(s) named above. This message may include advisory, consultative and/or deliberative material and, as such, would be privileged and confidential and not a public document. If you have received this e-mail in error, you must not review, transmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it and you must delete this message. You are requested to notify the sender by return e-mail.

Tap to Download
Aghaei safety plan.pdf
3.4 MB



8:44    ••ll LTE

< 316

JP

Jennifer >

Dr. Cabrara admitted to my wife and I last night that my daughter does not have a fracture anywhere other than her arm and they are only putting cast on both legs as a "preventative measure "

Please call me ASAP

I will call you in 15 minutes

Fri, Mar 19, 12:59 PM

Jennifer, the documents you sent me has Avian names as the child who's "injuries" were assessed..this is not true and that contract is null and void due to the documents attached by Shannon

Fri, Mar 19, 4:11 PM ?

Hi can you please tell Yelibeth to call me. I just called but there was no response

Okay

Tue, Mar 23, 11:30 AM

I'll call you back.

Text Message

From: **Ali Aghaei** ali.aghaei@hahaglobalinc.com
Subject: Inaccurate information and additional pages added
Date: ==Mar 19, 2021== at ==4:37:50 PM==
To: jennifer.v.perez@dcf.nj.gov
Bcc: ali.aghaei@hahaglobalinc.com

==Inaccurate information and additional pages added==

Tap to Download
Aghaei safety plan.pdf
3.7 MB

Ali Aghaei  Chief Executive
**HAHA Global, Inc.**
ali.aghaei@hahaglobalinc.com  Direct: **310.648.2707**

***CONFIDENTIAL AND PRIVILEGED COMMUNICATION***:  This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged.  If you are not the intended recipient or person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is ***STRICTLY PROHIBITED***.  Interception of e-mail is a crime under the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and 2701-2709.  If you have received this transmission in error, please immediately notify me by replying to this e-mail or by telephone at (310) 648 2707, and destroy the original transmission and its attachments without reading them or saving them in any manner.  Thank you.

CP&P 22-22
(rev. 11/2020)

New Jersey Department of Children and Families

Division of Child Protection and Permanency

SDM ® Family Safety Assessment

Case Name: Aghaei

Case ID#: 17360967

Assessment Date: 3/17/21

Local Office: Bergen South

Worker Name:

Supervisor Name:

Primary Caregiver: Yemely Aghaei

Secondary Caregiver:

Assessment Type: ☒ INITIAL   ☐ REVIEW   ☐ CLOSING

| Child Name (Persons ID#) | Observed? | Interviewed? |
|---|---|---|
| Arian Aghaei  10897443 | ☒ Yes ☐ No | ☐ Yes ☒ No |

## FACTORS INFLUENCING CHILD VULNERABILTY

| Does Factor Apply to Child? | Vulnerability | Child Name | |
|---|---|---|---|
| ☒ Yes ☐ No | Younger than 6 years | | |
| ☐ Yes ☒ No | Medical condition | | |
| ☐ Yes ☒ No | Behavioral, emotional, or mental health problems | | |
| ☒ Yes ☐ No | Limited developmental/cognitive capacity | | |
| ☒ Yes ☒ No | Limited physical capacity | | |
| ☐ Yes ☒ No | Isolated from the community or has limited contact with other adults and relatives | | |
| ☐ Yes ☒ No | Prior victimization | | |

CP&P 22-22
(rev. 11/2020)

| | | | |
|---|---|---|---|
| ☒ | ☐ | 7 | Caregiver's explanation for the child's serious injury or physical condition is inconsistent with the nature of the injury or condition. |
| ☐ | ☒ | 8 | Caregiver refuses access to the child, or there is reason to believe that the caregiver is about to flee, or the child's whereabouts cannot be ascertained. |
| ☐ | ☒ | 9. | Other factors that place the child in immediate danger of serious harm. |

Specify Parents brought child to hospital to assess injuries or rule out sickness.

No Profesional has stated Avian Aghaei has any serious injuries nor does he have a physical condition. Avian was not taken to a hospital

IF ONE OR MORE THREATS TO SAFETY ARE PRESENT, PROCEED TO SECTION 2.

**SAFETY DECISION**

☐    Safe. Information available at this time does not suggest immediate danger of serious harm. Safety assessment is complete.

**SECTION 2. SAFETY PROTECTION PLANNING**

**A. Contributing Factors**

| Does factor apply to caregiver? | Caregiver Name | Contributing Factor |
|---|---|---|
| ☐ Yes ☐ No | | Substance use |
| ☐ Yes ☐ No | | Mental health |
| ☐ Yes ☐ No | | Physical or medical condition |
| ☐ Yes ☐ No | | Developmental/cognitive impairment |
| ☐ Yes ☐ No | | Family violence |
| ☐ Yes ☐ No | | Prior child protective services (CPS) history |
| ☐ Yes ☐ No | | Other (specify): |

**B. Protective Actions**
The following are actions that may have been taken by at least one caregiver, child, or other person. However, actions taken are not sufficient to resolve the threat to safety.

CP&P 22-22
(rev. 11/2020)

☐ 1. At least one caregiver takes some action to protect child from the threat to safety.

☐ 2. At least one safety team member is participating in the safety protection plan.

☐ 3. At least one child currently acts or has previously acted in ways that protect self from a threat to safety.

☐ 4. At least one child has successfully pursued support, previously or currently, from a safety team member, and that person(s) helped reduce the threat to safety and keep the child safe.

☐ 5. Other *(specify)*: _____

C.    **Immediate Safety Interventions**

Work with the family and safety team to develop a safety protection plan. Consider relevant contributing factors and protective actions. If a safety protection plan is developed, select which immediate safety interventions (1–5) represent types of activities on the safety protection plan. The safety decision will be "safe with safety protection plan." If a safety protection plan could not be developed, the safety decision will be "unsafe."

Caregiver will act to protect the child.

☐ 1    The caregiver causing harm does one or more of the following (requires consultation with DAG).

    ☐ A   Leaves the residence.

    ☐ B   Will not have unsupervised access to the child.

    ☐ C   Will not have contact with child at this time.

    ☐ D   Will take alternative actions as specified by the safety protection plan. *

☐ 2    The caregiver who has not caused harm does one or more of the following.

    ☐ A   Protects the child from the person causing harm. *

    ☐ B   Moves to a safe place with the child.

    ☐ C   Takes legal action.

    ☐ D   Takes other specific actions described in safety protection plan.

Others will act to protect the child.

☒ 3    Safety team will act to protect the child.

☐ 4    Community resources will be used to protect the child.

☐ 5    The child will participate in the safety protection plan based on child's developmental and emotional competence. *

☐ 6    Other *(specify)*: _____

*\* Cannot be the only intervention type.*

CP&P 22-22
(rev. 11/2020)

**SAFETY DECISION**

☒ **Safe with safety protection plan.** A safety protection plan is in place and will be monitored.

☐ **Unsafe.** It was not possible to develop a safety protection plan using immediate safety interventions 1–6. Child is removed from the home.



CPSP 22-22

**Section 4: Safety Protection Plan**

**Threat to Safety #:** #7

**Description of Specifics:** Alian Aghai sustained multiple unexplained fractures were discovered on fractures to her head, ribs and arms

**Names of Children Involved:** Avian Aghai (DOB 1/12/20)

**Names of Adults Involved:** Ali Aghaei, Yemely Aghaei, Aliah Aghai, Avian Aghai

**Specific Safety Action:** Natural parents will be supervised while caring for the children (24/7 line of sight supervision).

**Responsible Party:** Yelibeth Juarez (Mat Aunt)

**How will this action be implementation and monitored?** DCPP.

**Monitoring:** DCPP will be conducting announced a unannounced visits as the family's home.

**Completed by:** Shannon Greene    **on** 3/17/21 (Date)

(Name/Signature of Worker)

(Office) DCFS.

On 3/19/2021 Dr. Cabrera reviewed and revealed x-ray evidence to the contrary stating that "there are no fractures found other then the upper arm and any other third party statements are false.

No fractures were discovered on Avian Aghaei this is misleading and false

(rev. 11/2020)

CPSP 22-22

Parent/Caregiver Signature: Date: 03 / 16 / 2019

Parent/Caregiver Signature: Date: 3 / 16 / 2021

Signatures of All Active Participants | Date

Comments:

Supervisor Review/Approval:
Date:

Caseworker Supervisor Review/Approval:
Date:

The documents attached had not been made available for review prior to being signed. The attachments are null and void.





04/29/2011   05.20   ...

*8-5x/day*
*5x/exercise*
*Both sides of body*

## STRETCHING EXERC SES

\* Place your baby on his back facing you. *Remember, what you do to one side you must do to the other, so be sure to do all the exercises on both sides of the body.*\*

### Upper extremities:

- Bicep curl – Stabilize the baby's upper arm with your hand and bend his arm at the elbow towards his shoulder with your other hand. Then extend the arm fully (e lbows straight).

- Deltoid stretch – Place your left hand on the baby's chest to stabilize the body. Take the baby's left hand in your right hand and bring it gently, but firmly across his chest, then above his head and finally back to his side. Reverse hand placement to stretch the baby's right side

### Lower Extremities:

- Calf stretch – Bend the foot at the ankle towards the shin and then extend downward.

- Glute stretch – Bend hip and knee at 90 degree angle and stabilize. Gently turn lower leg in and then out.

- Bicycling – Alternately bend one leg up towards the belly while the other is out straight and switch in a bicycling motion.

Aliyah
- Pull down on each shoulder → 5-10 sec with force
- Can put a blanket roll under (R) shoulder when awake and alert

<u>Early Intervention</u>
311

Former 26 wk weighed a pound
    tight ® achilles
    can't sit independently

neurologist Steven Wolf
        (914) 428-0529

**Progress Note**

Notes  Evening sw met with Karolina Sierwoir DCF NJ and collegue Vanessa (copy of ID's in allscripts) and they presented sw with court order to remove patient Aliah Agnei from the hospital into DCPP custody. Pt would be going into foster care. Sw stayed on unit with them while they went over discharge with RN Barbera and they had foster mother on speaker phone who had appropriate questions for nursing team and CPS workers. They would be taking pt home in car seat directly to foster mother where pt's sibling is also being cared for. Copy of court order is in allscripts and MD completed State of NJ PrePlacement Assessment which sw also faxed into allscripts. Supervisor Anita George had alerted this sw that pt would be likely picked up this evening and this sw could let CPS workers take pt since they were going to get court order to do so. Sw alerted sw Director M Swanwick that pt was discharged this evening.

Electronically signed by: Debbie Garelick
Electronically signed on: 03-25-2021 8:04:15 PM

Document Type:
Service Date/Time:
Result Status:
Document Subject:
Sign Information:

**Progress Notes**
Patient Name: QUINN, QUESTRA
MRN: 3370983
Account #: 000038797064
Date of Birth: 2020-10-17

Progress Notes

Case Management Progress Note
3/25/2021 17:35 EDT
Auth (Verified)
Progress Notes

*Allscripts Care Management*

ntinue to follow up.

ally signed by: Valentina Bedoya
ally signed on: 03-25-2021 12:42:02 PM

| | |
|---|---|
| Type: | Case Management Progress Note |
| ate/Time: | 3/25/2021 10:42 EDT |
| tus: | Auth (Verified) |
| Subject: | Progress Notes |
| nation: | |

**Notes**
ime: AGHAEI, ALIAH
70983
: 000038797064
rth: 2020-10-17

Not an emergency, parents just did not a
and their false claims and wrong name

Notes

Note
N and SW supervisor - A. George called and spoke to CPS
Gregory Meir 973-224-3096 he reported assigned CPS
er- Jennifer Perez will be conducting home visit to meet with
arent and grandparent-(Monica Aghaei and Homauoun Aghaei)
safety plan-( grandparents supervising parents); however
do not agree to safety plan NJ CPS will be removing

ied AVP-M. Swanwick and attending physician-Dr. Henle in
this. SW will continue to remain available.

ally signed by: Valentina Bedoya
ally signed on: 03-25-2021 10:42:09 AM

| | |
|---|---|
| t Type: | Case Management Progress Note |
| ate/Time: | 3/24/2021 16:19 EDT |
| itus: | Auth (Verified) |
| t Subject: | Progress Notes |
| mation: | |

# EXHIBIT C

# VINCENT SGHIATTI MD INC.

## *Diplomate, American Board of Family Practice*

---

*4560 Admiralty Way, Suite 201 · Marina Del Rey, CA 90292 · (310) 823-3443*

*April 5, 2021*

**Patient:** AGHAEI, ALIAH
**DOB:** 10/17/2020
**Sex:** Female

## MEDICAL REVIEW REPORT

After reviewing data of pre-mature infant with multiple fractures, Osteopenia is commonly fou
in premature infants born at 33 Weeks.... This baby in question was born 2 months
prematurely, 5 month old. We expect Osteopenia due to lack of calcium, phosphorus, via vitami
D, this alone will brittle bones and weaken bones in pre-mature infants. Bone fragility would
most likely be the cause for premature infants. Unexplained fractures are common in metabolic
bone diseases of prematurity. It is likely that the bone mineral content BMC and the area densit
BMD are abnormal and premature infants with bone mass and bone density problems. This alor
can be a reason for fractures in infants less than 3 months old. They would fall into the category
of unexplained fractures.

## REFERENCES

**Fractures in Premature Infants Dr. K, Katz, Dr. M. Grunebaum, Dr. Z Yesipovich, Amir
J, Pediatric Orthop, Heidi J. Kalkwarf, PHD, Babette S. Zemel, PhD, Kimberly Yolton,
PhD, James E. Hembi, MD, Abrams SA, Tiesano, Martin RJ, Fanar** *and others*

**See Attachments**

## DISCLOSURE

Vincent R. Sghiatti M.D. performed the medical examination of **Aliah Aghaei**. The patient
provided the history. If you have any further questions, please feel free to contact my office.

Vincent Sghiatti MD

Procedure

| | | Un |
|---|---|---|
| Tone,Left Upper Extremity | No abnormality | No abnormality |
| Tone,Right Upper Extremity | No abnormality | No abnormality |
| Tone,Left Lower Extremity | No abnormality | No abnormality |
| Tone,Right Lower Extremity | No abnormality | No abnormality |

| | | | |
|---|---|---|---|
| Recorded Date | 10/21/2020 | 10/20/2020 | |
| Recorded Time | 08:30 EDT | 20:30 EDT | |
| Recorded By | Lobdell RN,Kady J | Tierney RN,Lauren M | Units |

Procedure

| | | |
|---|---|---|
| Tone,Left Upper Extremity | No abnormality | No abnormality |
| Tone,Right Upper Extremity | No abnormality | No abnormality |
| Tone,Left Lower Extremity | No abnormality | No abnormality |
| Tone,Right Lower Extremity | No abnormality | No abnormality |

| | | | |
|---|---|---|---|
| Recorded Date | 10/20/2020 | 10/20/2020 | |
| Recorded Time | 17:30 EDT | 16:46 EDT | |
| Recorded By | Catalano RN,Samantha | Aries OT,Phyllis | Units |

Procedure

| | | |
|---|---|---|
| Left Upper Extremity Tone | - | Weak |
| Tone,Left Upper Extremity | No abnormality | - |
| Right Upper Extremity Tone | - | Weak |
| Tone,Right Upper Extremity | No abnormality | - |
| Left Lower Extremity Tone | - | Weak |
| Tone,Left Lower Extremity | No abnormality | - |
| Right Lower Extremity Tone | - | Weak |
| Tone,Right Lower Extremity | No abnormality | - |

Morse MD, Ashlyn Resident

Pediatrics Progress Note
3/23/2021 09:15 EDT
Modified
Progress/SOAP Note

| Document Type: | |
| Service Date/Time: | |
| Result Status: | |
| Document Subject: | Henle MD,Ilyssa A (3/23/2021 23:27 EDT); Serrano MD,Celina |
| | Resident (3/23/2021 13:45 EDT) |
| Sign Information: | |

**Addendum by Henle MD, Ilyssa A on March 23, 2021 23:25:11 EDT**

I have examined the patient and discussed the patient with the resident and nursing. I have reviewed the documentation, diagnostic reports, and labs.

I agree with the assessment and plan with the following addendum: patient discussed with Dr. Delbello yesterday who had conversation with father regarding multiple fractures. Per Dr. Delbello, lower extremity casts were removed at that time and repeat xrays were performed today - will f/u with ortho re: results and follow up plan. Additional labs sent per endo this am, in addition to genetic testing for OI. Plan for full genetics consult in am. SW notified that we anticipate patient to medically cleared tomorrow once seen by genetics. SW notified CPS of anticipated dischage. Parents not at bedside today.

Electronically Signed on 03/23/21 11:27 PM

Henle MD, Ilyssa A



April 14, 2021

To Whom It May Concern

I am writing this letter regarding Aghaei, Aliah DOB- 10/17/2020. I am her pediatric Primary Care Provider at Essen Health Care, Bronx, NY since 11/27/2020. I have had the opportunity to interact with her caregivers : Grand mother and mother. I did physical exam twice and tele-visits four times. During those visits, I found the caregivers very supportive and caring in nature. As she had diaper rash, lip lesion and spitting up, they called me to seek the necessary care. I did not notice any suspicious behavior which might have caused her any harm. Please do not hesitate to contact me if any question regarding her clinical visit and about caregiver.

Thank You ,

Praveen K Sah, porp

04/14/2021

Praveen K Sah

Essen Medical Associates, P.C.
1550 University Ave.
Bronx, NY 10452
(718) 294-8888

Praveen K. Sah
PNP (Pediatrics)
1550 University Avenue
Bronx, NY, 10452
Tel: (718) 294-8888
Fax: (718) 294-8889

e:   AGHAEI, ALIAH
     3370983
     38797064
     10/17/2020   6 months 3
     Female        weeks

     Admit:       3/16/2021
     Disch:       3/25/2021
     Admitting:   Stewart MD,Fray D

## *Transfer Notes*

| (s):<br>cent to oldest [Reference Range]: | 1 | 2 |
|---|---|---|
| .0-36.0 %] | 33.1 %<br>(3/23/21 2:04 PM) | 34.8 %<br>(3/16/21 1:00 PM) |
| i6.0 %] | 30.5 %<br>•LOW•<br>(3/23/21 2:04 PM) | 31.9 %<br>•LOW•<br>(3/16/21 1:00 PM) |
| )-31.5 pg] | 27.7 pg<br>(3/23/21 2:04 PM) | 28.2 pg<br>(3/16/21 1:00 PM) |
| i Level [1.6-2.6 mg/dL] | 2.1 mg/dL<br>(3/17/21 3:15 PM) | |
| 18.9 g/dL] | 10.1 g/dL<br>•LOW•<br>(3/23/21 2:04 PM) | 11.1 g/dL<br>•LOW•<br>(3/16/21 1:00 PM) |
| 12.8 fL] | 8.9 fL<br>•LOW•<br>(3/23/21 2:04 PM) | 10.3 fL<br>(3/16/21 1:00 PM) |
| )-4.700 mIU/L] | 2.499 mIU/L<br>(3/23/21 10:14 AM) | |
| i-14.5 %] | 12.5 %<br>(3/23/21 2:04 PM) | 12.7 %<br>(3/16/21 1:00 PM) |
| hosphatase [134-518 U/L] | 303 U/L [4]<br><br>(3/17/21 3:15 PM) | 323 U/L [5]<br><br>(3/16/21 1:00 PM) |
| )8-107 mEq/L] | 108 mEq/L<br>•HI•<br>(3/16/21 1:00 PM) | |
| unt [160–410 k/mm3] | 645 k/mm3 [6]<br><br>•HI•<br>(3/23/21 2:04 PM) | 282 k/mm3<br>(3/16/21 1:00 PM) |
| 3.4-4.8 g/dL] | 3.5 g/dL<br>(3/16/21 1:00 PM) | |

ame:   AGHAEI, ALIAH
       3370983
       38797064
       10/17/2020   6 months 3
x:     Female        weeks

Admit:     3/16/2021
Disch:     3/25/2021
Admitting:  Stewart MD,Fray D

### Transfer Notes

| recent to oldest [Reference Range]: | 1 | 2 |
|---|---|---|
| otein [5.1-7.3 g/dL] | 5.6 g/dL (3/16/21 1:00 PM) | |
| ntigen,Multimeric | see note [7] (3/20/21 10:03 AM) | |
| 55 U/L] | 21 U/L (3/23/21 10:14 AM) | 175 U/L *HI* (3/16/21 1:00 PM |
| : [22-100 U/L] | 8 U/L *LOW* (3/16/21 1:00 PM) | |
| 25.0-36.5 second(s)] | 28.8 second(s) [8] (3/17/21 11:51 AM) | |
| 35 U/L] | 30 U/L (3/23/21 10:14 AM) | 78 U/L *HI* (3/16/21 1:00 PM |
| [8.6-10.2 mg/dL] | 9.8 mg/dL (3/17/21 3:15 PM) | 9.3 mg/dL (3/16/21 1:00 PM |
| ntent [22-30 mEq/L] | 20 mEq/L *LOW* (3/16/21 1:00 PM) | |
| [70-105 mg/dL] | 100 mg/dL (3/16/21 1:00 PM) | |
| m [3.5-5.1 mEq/L] | 6.1 mEq/L [9] *CRIT* (3/16/21 1:00 PM) | |
| [135-145 mEq/L] | 136 mEq/L (3/16/21 1:00 PM) | |

# EXHIBIT D

| Recorded District 5957 | New York State Department of Health<br>**CERTIFICATE OF**<br>**LIVE BIRTH** | State File Number:<br>131-2020-00087426 |
| --- | --- | --- |
| Register Number<br>612 | | |

**INFANT**

| 1A. Name: First<br>Aliah | Middle<br>Laisha | | Last<br>Aghaei | |
| --- | --- | --- | --- | --- |
| 2A. Date of Birth:<br>October 17, 2020 | 2B. Hour:<br>5:31 AM | 3. Sex:<br>Female | 4A. Birth Is:<br>Single | 4B. If Not Single, Birth Is: |
| 5. Place of Birth:<br>Hospital | | 6A. Facility Name: (Address, if Place of Birth is Other than Hospital / Birthing Center)<br>Westchester Medical Center | | |
| 6B. Locality of Birth:<br>Town of Mount Pleasant | | | 6C. County of Birth:<br>Westchester | |

**MOTHER**

| 7A-1. Name: First<br>Yemely | Middle<br>Aurimar | Current Last Name<br>Aghaei | |
| --- | --- | --- | --- |
| 7A-2. Last Name on Birth Certificate:<br>Calderon | 7B. Date of Birth:<br>11/07/1994 | 7C. City & State of Birth: (Country, if not U.S.A.)<br>Bronx, New York | |
| 8A. Residence, State: (Country, if not U.S.A.)<br>New York | | 8B. County: (Terr. or Prov., if not U.S.A.)<br>Bronx | |
| 8C. Locality:<br>City of New York (Bronx) | | | 8D. Inside City/Village Limits:<br>Yes |
| 8E. Street and Number of Residence:<br>1465 Jesup Ave | | Apt./Unit 3B | 8F. Zip Code:<br>10452 |
| 8G. Mailing Address:<br>1465 Jesup Ave , Bronx , NY | Apt./Unit 3B | | 8H. Zip Code:<br>10452 |

**FATHER**

| 9A-1. Name: First<br>Ali | Middle | Current Last Name<br>Aghaei | |
| --- | --- | --- | --- |
| 9A-2. Last Name on Birth Certificate:<br>Aghaei | 9B. Date of Birth:<br>11/08/1989 | 9C. City & State of Birth: (Country, if not U.S.A.)<br>Los Angeles, California | |

**ATTENDANT**

| 10A. I certify that the stated information concerning this child is true to the best of my knowledge and belief. | | 10B. Date Signed:<br>Month 10  Day 30  Year 2020 |
| --- | --- | --- |
| Signature ▶ | Title: | 10D-1. NYS License Number: (Certifier) |
| 10C. Name of Certifier, if Not Attendant: | | |
| 10E. Attendant's Name:<br>MENON SHARIFA AMELIA | Title:<br>M.D. | 10F-1. NYS License Number: (Attendant)<br>252802 |
| 11A. Registrar Name:<br>Susan Marmol | | |
| 11B. Signature of the Registrar ▶ *Susan Marmol* | | 11C. Date Filed:<br>Month 11  Day 03  Year 2020 |

| 12. Information Added or Corrected:<br>Item No.    Date of Correction    Authorization    Original Information |
| --- |



DOH-1983E (09/2009)

| Recorded District 5957 | New York State Department of Health | State File Number: |
|---|---|---|
| Register Number **24** | # CERTIFICATE OF LIVE BIRTH | 131-2020-00003126 |

**INFANT**

| 1A. Name: First **Avian** | Middle **Michael** | | Last **Aghaei** | |
|---|---|---|---|---|
| 2A. Date of Birth: **January 12, 2020** | 2B. Hour: **9:21 AM** | 3. Sex: **Male** | 4A. Birth Is: **Single** | 4B. If Not Single, Birth Is: |
| 5. Place of Birth: **Hospital** | | 6A. Facility Name: (Address, if Place of Birth is Other than Hospital / Birthing Center) **Westchester Medical Center** | | 6C. County of Birth: |
| 6B. Locality of Birth: **Town of Mount Pleasant** | | | | **Westchester** |

**MOTHER**

| 7A-1. Name: First **Yemely** | Middle **Aurimar** | | Current Last Name **Aghaei** |
|---|---|---|---|
| 7A-2. Last Name on Birth Certificate: **Aghei** | 7B. Date of Birth: **11/07/1994** | 7C. City & State of Birth: (Country, if not U.S.A.) **New York, New York** | |
| 8A. Residence, State: (Country, if not U.S.A.) **New York** | | 8B. County: (Terr. or Prov., if not U.S.A.) **Westchester** | |
| 8C. Locality: **City of Yonkers** | | | 8D. Inside City/Village Limit? **Yes** |
| 8E. Street and Number of Residence: **79 Alexander St** | | Apt./Unit **1205** | 8F. Zip Code: **10701** |
| 8G. Mailing Address: **79 Alexander St , Yonkers , NY** | | Apt./Unit **1205** | 8H. Zip Code: **10701** |

**FATHER**

| 9A-1. Name: First **Ali** | Middle | | Current Last Name **Aghaei** |
|---|---|---|---|
| 9A-2. Last Name on Birth Certificate: **Aghaei** | 9B. Date of Birth: **11/08/1989** | 9C. City & State of Birth: (Country, if not U.S.A.) **Los Angeles, New York** | |

**ATTENDANT**

| 10A. I certify that the stated information concerning this child is true to the best of my knowledge and belief. | | 10B. Date Signed: Month **02** Day **13** Year **2020** |
|---|---|---|
| Signature ▶ | Title: | 10D-1. NYS License Number: (Certifier) |
| 10C. Name of Certifier, if Not Attendant: | | |
| 10E. Attendant's Name: **LAPOINTE LINDSEY RENEE** | Title: **M.D.** | 10F-1. NYS License Number: (Attendant) **294095** |

| 11A. Registrar Name: **Susan Marmol** | | |
|---|---|---|
| 11B. Signature of the Registrar: ▶ *Susan Marmol* | | 11C. Date Filed: Month **02** Day **20** Year **2020** |

* 12. Information Added or Corrected:
  Item No.     Date of Correction     Authorization     Original Information

DOH-1963E (09/2009)

**Blue Shield of California**
PO Box 272560
Chico, CA 95927-2560

PW

## blue ⬤ of california

**Blue Shield of California**
An Independent Member of the Blue Shield Association

------ manifest line ---------

ALI AGHAEI
1127 8TH ST
MANHATTAN BCH, CA 90266-6011

### This is NOT a Bill
Retain for your records along with any provider bills.

This Explanation of Benefits (EOB) is to notify you that we have processed your claim. It clarifies your payment responsibility or reimbursement.

Your claim information is also available in the My Health Plan section of **www.blueshieldca.com**. If you have any questions about this document, please call one of our claims representatives at **(888) 256-3650**.

--- no inserts ---

## CLAIM SUMMARY AT A GLANCE

| Patient Name: **AVIAN M AGHAEI** | | Subscriber ID: 906265431 | Claim Number: 202532194900 |
|---|---|---|---|

| | | |
|---|---|---|
| **Patient responsibility:** (Amount you paid or owe to provider.) | $0.00 | **Your claim was received 06/15/20 and processed in 14 day(s).** |
| **Amount we paid:** | $480,296.65 | **We paid WESTCHESTER MEDICAL CTR V.** |
| **Network savings:** (Amount saved by using a network provider.) | $2,394,998.20 | **Deductible Status:** The deductible has been met for 2020. |
| **Amount billed by Provider:** | **$2,875,294.85** | |

**DETAIL  Provider:** WESTCHESTER MEDICAL CTR V
Preferred Provider Yes

| Service Date | Type of Service and Procedure Number | Amount Billed Provider billed for services | Amount Allowed Used to calculate benefits | Amount We Paid | Patient Responsibility | | | Notes |
|---|---|---|---|---|---|---|---|---|
| | | | | | Non Covered | Deductible You pay provider before we begin payments | Copayment/ Coinsurance | |
| 01/12/20 - 04/23/20 | Room/Board 0174 | 2,511,535.60 | 416,663.86 | 416,663.86 | 0.00 | 0.00 | 0.00 | |
| 01/12/20 - 04/23/20 | Hospital Misc 0250 | 14,366.90 | 4,884.75 | 4,884.75 | 0.00 | 0.00 | 0.00 | |
| 01/12/20 - 04/23/20 | Hospital Misc 0270 | 28,151.67 | 4,670.36 | 4,670.36 | 0.00 | 0.00 | 0.00 | |
| 01/12/20 - 04/23/20 | Hospital Misc 0300 | 1,644.45 | 272.81 | 272.81 | 0.00 | 0.00 | 0.00 | |
| 01/12/20 - 04/23/20 | Hospital Misc 0301 | 104,990.46 | 17,417.92 | 17,417.92 | 0.00 | 0.00 | 0.00 | |
| 01/12/20 - 04/23/20 | Hospital Misc 0302 | 1,404.36 | 232.98 | 232.98 | 0.00 | 0.00 | 0.00 | |
| 01/12/20 - 04/23/20 | Hospital Misc 0305 | 13,336.49 | 2,212.52 | 2,212.52 | 0.00 | 0.00 | 0.00 | |
| 01/12/20 - 04/23/20 | Hospital Misc 0306 | 602.97 | 100.03 | 100.03 | 0.00 | 0.00 | 0.00 | |

Issue Date: 06/29/20
EOB Number: 20200629109005301058
Page: 1 of 4

Please see reverse side for more information.

1 of 14
Group ID: X0001000
Group Name: IFP OFF EXCHANGE



**4:44**

**Claims**                                    000

Medical          Dental          Rx



Patient's responsibility

Jan
**12**
2020

**Its Proxy Provider Par**

For: Avian Aghaei                              ^

⊘ **Finalized**                 $0.00
                        Patient's responsiblity

Finalized on: Jun 26, 2020

**$2,875,294.85**
Amount provider billed

**$2,394,998.20**
In network savings

$480,296.65
Paid by Blue Shield

$0.00
Patient's responsibility

⤓ Download EOB

**View Details**

Dashboard    My plan    Find a doctor    **Claims**    More



## Billing & payments

4:36

< Billing & payments

| Current bill | Wallet | History | Past Bills |



| Amount | Status |
| --- | --- |
| $1,276.24 Dec 23, 2020 | Paid > |
| $1,159.76 Oct 22, 2020 | Paid > |
| $1,159.76 Sep 21, 2020 | Paid > |
| $1,159.76 Aug 18, 2020 | Paid > |
| $1,159.76 Jul 20, 2020 | Paid > |
| $1,159.76 Jun 18, 2020 | Paid > |
| $1,159.76 Apr 24, 2020 | Paid > |

More



Dashboard | My plan | Find a doctor | Claims | More



5:07

## My plan

| Medical | Dental | Vision | Rx |

### My Medical Plan
# Silver 1950 PPO
**COVERED SINCE Jan 1, 2020**

My medical coverage ›

Plan members ›

Common copayments ›

### Usage
From 01/1/21 to 06/28/21

Usage                                    Everyone›

Family Deductible Maximum

Preferred/Participating

$0 spent                          $3,900 to go



| Dashboard | My plan | Find a doctor | Claims | More |

**Blue Shield of California**
PO Box 272560
Chico, CA 95927-2560

PW

**blue ♥ of california**

**Blue Shield of California**
An Independent Member of the Blue Shield Association

ALI AGHAEI
1127 8TH ST
MANHATTAN BCH, CA 90266-6011

## This is NOT a Bill
Retain for your records along with any provider bills.

This Explanation of Benefits (EOB) is to notify you that we have processed your claim. It clarifies your payment responsibility or reimbursement.

Your claim information is also available in the My Health Plan section of **www.blueshieldca.com**. If you have any questions about this document, please call one of our claims representatives at **(888) 256-3650**.

## CLAIM SUMMARY AT A GLANCE

| | | |
|---|---|---|
| Patient Name: BABY GIRL AGHAEI | Subscriber ID:  906265431 | Claim Number:  204941566300 |

| | | |
|---|---|---|
| **Patient responsibility:** (Amount you paid or owe to provider.) | $0.00 | Your claim was received 11/23/20 and processed in 25 day(s). |
| Amount we paid: | $1,711.07 | **We paid BOSTON CHILDREN'S HEALTH.** |
| **Network savings:** (Amount saved by using a network provider.) | $1,488.93 | **Deductible Status:** The deductible has been met for 2020. |
| Amount billed by Provider: | $3,200.00 | |

**DETAIL**   Provider: BOSTON CHILDREN'S HEALTH
Preferred Provider Yes

| | | | | | Patient Responsibilty | | | |
|---|---|---|---|---|---|---|---|---|
| Service Date | Type of Service and Procedure Number | Amount Billed Provider billed for services | Amount Allowed Used to calculate benefits | Amount We Paid | Non Covered | Deductible You pay provider before we begin payments | Copayment/ Coinsurance | Notes |
| 10/17/20 | Inpatient Medical 99468 | 3,200.00 | 1,711.07 | 1,711.07 | 0.00 | 0.00 | 0.00 | 1 |
| | Claim Totals: | 3,200.00 | | 1,711.07 | 0.00 | 0.00 | 0.00 | |

**Notes**
1   Contracting physicians and health care providers agree to accept the allowable amount as payment in full.  The subscriber is responsible only for deductible co-payment amounts and non-covered items.

**Messages**
Diagnosis and treatment codes billed on this claim and their meanings can be requested by contacting Customer Service.

## Thank you for choosing Blue Shield.
To see the extra services and support available to you, go to **www.blueshieldca.com**.

Issue Date: 12/21/20
EOB Number: 2020122111600241480
Page: 1 of 2

Please see reverse side for more information.

10 of 18
Group ID: X0001000
Group Name: IFP OFF EXCHANGE

**EXHIBIT** E

Before March 25, 2021





























**EXHIBIT** F

After March 25, 2021















