**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| ALI AGHAEI,<br><br>    Petitioner,<br><br> v.<br><br>ARRIEL RUBINSTEIN, et. al.,<br><br>    Respondents. | CASE NO. CV 21-05326-AB(AS)<br><br>**JUDGMENT** |

  Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

  IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

  DATED: December 01, 2021

                _____
                ANDRÉ BIROTTE JR.
            UNITED STATES DISTRICT JUDGE